**Alfred E. TILLINGHAST et al.**

v.

**TOWN OF GLOCESTER.**

**No. 81–226–M.P.**

Supreme Court of Rhode Island.

April 30, 1981.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Milton, Stanzler, Providence, for petitioners.

Robert G. Flanders, Jr., Town Sol., Glocester, for respondent.

**ORDER**

The petition for writ of certiorari is granted. The decision of the Town Council denying petitioners' application for license renewal is hereby stayed, and petitioners shall be permitted to operate the camp-

ground until further order of this court, provided, however, that this stay is without prejudice to the Town's right to seek relief in this court with respect to unsafe electrical arrangements.

SHEA, J., did not participate.